UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS KISSLE COMPANY, LLC, and ONEBEACON AMERICA INSURANCE COMPANY,<br><br>     Plaintiffs,<br><br>  v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>     Defendants. | Civil Action No. 10-CV-11468-NMG |

## MOTION OF NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. TO DISMISS AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") respectfully moves to dismiss the amended complaint filed by plaintiffs Hans Kissle Company, LLC ("HKC") and OneBeacon America Insurance Company ("OneBeacon") (collectively, "Plaintiffs"), for the reasons set forth more fully in the accompanying Memorandum of Law.

                 By its attorneys,

                 /s/ John D. Hughes
                 John D. Hughes (BBO # 243660)
                 Eric B. Hermanson (BBO # 560256)
                 EDWARDS ANGELL PALMER & DODGE LLP
                 111 Huntington Avenue
                 Boston, MA 02199
                 (617) 239-0100
                 (617) 227-4420 (fax)

Dated: October 4, 2010

## CERTIFICATE OF SERVICE

I certify that on this 4th day of October, 2010, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

/s/ Eric B. Hermanson