UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS KISSLE COMPANY, LLC., and ) <br> ONEBEACON AMERICA                ) <br> INSURANCE COMPANY               ) <br>                                 ) <br>              Plaintiffs,         ) <br> v.                              ) <br>                                 ) <br> NATIONAL UNION FIRE             ) <br> INSURANCE COMPANY OF            ) <br> PITTSBURGH, PA                  ) <br>                                 ) <br>  ___Defendant_____  ) | Civil Action No. 1:10-cv-11468-NMG |

**PLAINTIFFS' OPPOSITION TO MOTION OF NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA. TO DISMISS AMENDED COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Now come the Plaintiffs, Hans Kissle Company, LLC ("Hans Kissle") and OneBeacon

America Insurance Company ("OneBeacon") (collectively, "Plaintiffs"), and hereby submit this

Opposition to the Motion of National Union Fire Insurance Company of Pittsburgh, PA

("National Union") to Dismiss Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6).

As grounds for their opposition, Plaintiffs state that National Union has disclaimed

coverage under the applicable insurance policy on the sole grounds that Julio Mora, the plaintiff

in the underlying tort action, was an employee of National Union's insured, Preferred Staffing,

Inc ("Preferred"). The uncontested evidence in that case, however, demonstrates that Mr. Mora

was Hans Kissle's employee as a matter as law. Therefore, the exclusion relied upon by

National Union is inapplicable and National Union is obligated to provide coverage as demanded

in the Amended Complaint[1]. As further support, Plaintiffs rely on their Memorandum of Law,

---

[1] To the extent National Union may argue that Julio Mora was not an employee of Hans Kissle, there is at least a
question of fact that should be left to a jury determination. As such, a motion to dismiss has no merit.

Statement of Undisputed Facts[2], the affidavit of Chuck O'Donnell and exhibit attached thereto, and the affidavit of Kevin J. O'Leary and exhibit attached thereto, all of which are submitted herewith.

**WHEREFORE,** Hans Kissle and OneBeacon respectfully request that this Honorable Court DENY National Union's Motion to Dismiss Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and GRANT Hans Kissle's and OneBeacon's Cross-Motion for Summary Judgment.

Respectfully submitted,

Plaintiffs, Hans Kissle Company, LLC and
OneBeacon America Insurance Company
By their attorneys,

/S/ Kevin J. O'Leary

Emily G. Coughlin, Esq. BBO #554526
Christopher G. Betke, BBO #552588
Kevin J. O'Leary, BBO #559694
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
ecoughlin@coughlinbetke.com
cbetke@coughlinbetke.com
koleary@coughlinbetke.com

Dated: __10/22/10___

---

[2] All facts set forth in the Plaintiffs' Memorandum of Law and Statement of Undisputed Facts are stated for the purposes of this opposition and their cross-motion for summary judgment only. Plaintiffs reserve the right to contest any and all factual issues and to raise any and all legal objections to the admissibility of any fact or evidence in subsequent motions, hearings and at trial, as well as the right to present alternative arguments.

3

## <u>Certificate of Service</u>

I, Kevin J. O'Leary, do hereby certify that on this 22nd day of October, 2010, I served a copy of the within document electronically and via first class mail, postage prepaid to: John D. Hughes and Eric B. Hermanson (jhughes@eapdlaw.com,ehermanson@eapdlaw.com) Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, MA 02199.

/S/ Kevin J. O'Leary
_____

Kevin J. O'Leary, Esq.