UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS KISSLE COMPANY, LLC., and ) <br> ONEBEACON AMERICA ) <br> INSURANCE COMPANY ) <br> ) <br>        Plaintiffs, ) <br> v. ) <br> ) <br> NATIONAL UNION FIRE ) <br> INSURANCE COMPANY OF ) <br> PITTSBURGH, PA ) <br> ) <br>        Defendant ) | Civil Action No. 1:10-cv-11468-NMG |

## PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT

Now come the Plaintiffs, Hans Kissle Company, LLC ("Hans Kissle") and OneBeacon

America Insurance Company ("OneBeacon") (collectively, "Plaintiffs"), and cross-move for

summary judgment pursuant to Fed. R. Civ. P. Rule 56. As grounds, Plaintiffs state that

National Union has disclaimed coverage under the applicable insurance policy on the sole

grounds that Julio Mora, the plaintiff in the underlying tort action, was an employee of National

Union's insured, Preferred Staffing, Inc ("Preferred"). The uncontested evidence in that case,

however, demonstrates that Mr. Mora was Hans Kissle's employee as a matter as law.

Therefore, the exclusion relied upon by National Union is inapplicable and National Union is

obligated to provide coverage as demanded in the Amended Complaint.

As further support, Plaintiffs rely on their Memorandum of Law, Statement of

Undisputed Facts[1], the affidavit of Chuck O'Donnell and exhibit attached thereto, and the

affidavit of Kevin J. O'Leary and exhibit attached thereto, all of which are submitted herewith.

---

[1] All facts set forth in the Plaintiffs' Memorandum of Law and Statement of Undisputed Facts are stated for the
purposes of this cross-motion and their opposition to Plaintiff's motion to dismiss only. Plaintiffs reserve the right

**WHEREFORE,** Hans Kissle and OneBeacon respectfully request that this Honorable Court GRANT Hans Kissle's and OneBeacon's Cross-Motion for Summary Judgment.

Respectfully submitted,

Plaintiffs, Hans Kissle Company, LLC and
OneBeacon America Insurance Company
By their attorneys,

/S/ Kevin J. O'Leary

Emily G. Coughlin, Esq. BBO #554526
Christopher G. Betke, BBO #552588
Kevin J. O'Leary, BBO #669893
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
ecoughlin@coughlinbetke.com
cbetke@coughlinbetke.com
koleary@coughlinbetke.com

Dated: __10/22/10__

## Certificate of Service

I, Kevin J. O'Leary, do hereby certify that on this 22nd day of October, 2010, I served a copy of the within document electronically and via first class mail, postage prepaid to: John D. Hughes and Eric B. Hermanson (jhughes@eapdlaw.com,ehermanson@eapdlaw.com) Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, MA 02199.

/S/ Kevin J. O'Leary

Kevin J. O'Leary, Esq.

---

to contest any and all factual issues and to raise any and all legal objections to the admissibility of any fact or evidence in subsequent motions, hearings and at trial, as well as the right to present alternative arguments.